AHM/MWW: Sept. 2005

**GJ #12**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JASON WAYNE CHAMBERS** | ) |

## INDICTMENT

**COUNT ONE**: [18 U.S.C. § 876(c)]

   The Grand Jury charges that:

   That on or about the 6th day of July, 2005, in Jefferson County, within the Northern District of Alabama, the defendant,

JASON WAYNE CHAMBERS,

did knowingly and willfully cause to be delivered by the Postal Service according to the directions thereon a written communication, addressed to "office of United States District Court Northern District of Alabama" containing a threat to injure a United States magistrate judge, in violation of Title 18, United States Code, Section 876(c).

   A TRUE BILL

FOREMAN OF THE GRAND JURY     ALICE H. MARTIN
                                                   United States Attorney

                                                   /s/

                                                   MICHAEL W. WHISONANT
                                                   Assistant United States Attorney